# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

United States of America

                              Plaintiff,

v.                                                       Case No.: 1:07–cv–06005
                                                              Honorable Charles P. Kocoras

Vicki Murph–Jackson

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 26, 2009:

      MINUTE entry before the Honorable Charles P. Kocoras:As to Vicki Murph–Jackson (4): Government is given to 6/26/2009 to file its sentencing brief. Sentencing is reset from 6/4/2009 to 7/14/2009 at 9:45 a.m.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.