Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6005 | **DATE** | 7/14/2009 |
| **CASE TITLE** | US vs. Murph-Jackson (02 CR 635-4) | | |

**DOCKET ENTRY TEXT**

The defendant having been re-sentenced in 02 CR 635-4, final judgment is entered granting defendant's Motion to Vacate, Set Aside or Correct Sentence.

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|