# United States District Court
## Northern District of Illinois
Eastern Division

United States of America            **JUDGMENT IN A CIVIL CASE**

      v.                                                          Case Number: 07 C 6005

Vicki Murph-Jackson

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the defendant having been re-sentenced in 02 CR 635-4, final judgment is entered granting defendant's Motion to Vacate, Set Aside or Correct Sentence.

                                                         Michael W. Dobbins, Clerk of Court

Date: 7/14/2009                            /s/ Stephen C. Tokoph, Deputy Clerk